# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR13 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| PATRICK DJ NICKS, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to extend his self surrender date to (Filing No. 39).

Defense counsel represents that the Defendant is to report on September 26, 2006.

The Court will grant the request to continue the self surrender date. However, the Court cautions that it is unlikely that any further continuances will be granted.

IT IS ORDERED:

1. The Defendant's motion to extend his self-surrender date to (Filing No. 39) is granted;

2. The Defendant shall report no later than 2:00 p.m. on October 26, 2006, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 21st day of September, 2006.

                                                BY THE COURT:

                                                S/Laurie Smith Camp  
                                                United States District Judge