IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:06CR13 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **PATRICK D. NICKS,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to modify special conditions of supervision (Filing No. 43).

IT IS ORDERED:

1. The Defendant's motion to modify special conditions of supervision (Filing No. 43) is granted; and

2. The existing special condition of supervision no. 12 is replaced by the following:

   12. The defendant shall submit/consent to quarterly searches of all electronic media as directed by the probation officer with or without the cooperation of law enforcement.

DATED this 27th day of April, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge